MN-305
(10/00)

#3865

# UNITED STATES BANKRUPTCY COURT
# MINNESOTA

### Unclaimed Dividends/Distribution Less Than $5 For Deposit To Registry Fund

Debtor: ZICK, DAVID J.

Chapter 7 Case No. 10-31382-GFK

Please Check One:

[ X ]   Unclaimed Dividends

[   ]   Distribution Less Than $5

| Name and Address of Payee | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| US BANK NA<br>PO BOX 5229<br>CINCINNATI OH 45201 | 9 | 8210.47 | 293.90 |

Date: June 9, 2011

Michael J. Iannacone, TRUSTEE


RECEIVED 11 JUN 10 PM 1:02 US BANKRUPTCY COURT ST PAUL MN